NEWMAN & CAREY SUBWAY CONSTRUCTION COMPANY, INC., Respondent, *v.* THE CITY OF NEW YORK, Appellant, Impleaded with Another.

(Argued March 14, 1935; decided April 23, 1935.)

*Paul Windels, Corporation Counsel (Paxton Blair, Charles Blandy* and *Ralph W. Thomas* of counsel), for appellant.

*Franklin Nevius, Asa B. Kellogg* and *Robert B. Jarvis* for respondent.

Judgment affirmed, with costs; no opinion.

Concur: CRANE, Ch. J., LEHMAN, O'BRIEN, HUBBS, CROUCH and LOUGHRAN, JJ. Dissenting: FINCH, J.